OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RTS→

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

02 1R
0006557458

$ 00.26⁵

DEC 17 2014

MAILED FROM ZIP CODE 78701

12/8/2014

**ROMERO, MICHAEL    Tr. Ct. No. 20080D04785-409-1**        **WR-82,557-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RETURN TO SENDER

**Not In Custody**

Abel Acosta, Clerk

RECEIVED
ELLIS COUNTY
SHERIFF'S OFFICE
2014 DEC 26  AM 10: 54

MICHAEL  ROMERO
■■■■■■■■ - TDC # 1629810
Ellis County  DD-071
70 Sheriff Johnny Brown
300 S. Jackson
Waxahachie, TX 75165

2.5-14
071